**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF R.C. | : | No. 351 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: R.C. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.